UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SCOTT R. BLEVINS, | ) |
| Plaintiff, | ) |
| | ) CIVIL NO. 3:13cv037 |
| v. | ) |
| JAMES CRUCITTI, | ) |
| Defendant. | ) |

OPINION AND ORDER

Scott R. Blevins, a *pro se* plaintiff, filed a complaint against Vermont State Court Judge James Crucitti. Blevins is suing Judge Crucitti because he denied Blevins' request for DNA testing and refused to awarded him custody of a child. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii), this court must dismiss this case because Judge Crucitti has absolute judicial immunity. *See Stump v. Sparkman*, 435 U.S. 349, 359 (1978).

For the reasons set forth above, this case is DISMISSED.

Entered: January 24, 2013

                                                                                 s/William C. Lee
                                                                                 William C. Lee, Judge
                                                                                 United States District Court